CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
DEC 18 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TIMOTHY WALLACE,<br>    Petitioner, | Civil Action No. 7:12-cv-00258 |
| v. | **ORDER** |
| FEDERAL BUREAU OF<br>PRISONS, et al.,<br>    Respondents. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Federal Bureau of Prisons and the United States of America are **TERMINATED as parties**, pursuant to Fed. R. Civ. P. 21; Zych's motion for summary judgment is **GRANTED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This 18th day of December, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge